UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60255-CR-DIMITROULEAS/HUNT

18 U.S.C. § 2423(b)
18 U.S.C. § 2423(c)

FILED BY ___AT___ D.C.

Oct 30, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

JASEN ALEXANDER LARSEN,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct
### (18 U.S.C. § 2423(b))

From on or about January 20, 2019, and continuing until on or about January 27, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**JASEN ALEXANDER LARSEN,**

a United States citizen, did travel in foreign commerce from the United States, that is, Broward County, Florida, to Canada, for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age, in violation of Title 18, United States Code, Section 2423(b).

## COUNT 2
### Engaging in Illicit Sexual Conduct in a Foreign Place
### (18 U.S.C. § 2423(c))

From on or about January 20, 2019, and continuing until on or about January 27, 2019, in Canada, and elsewhere, the defendant,

**JASEN ALEXANDER LARSEN,**

a United States citizen, residing in Broward County, in the Southern District of Florida, did travel in foreign commerce from the United States, that is, Broward County, Florida, to Canada, and engage in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with MINOR VICTIM 1, a person who was then under 18 years of age, in violation of Title 18, United States Code, Section 2423(c).

_____  
FOREPERSON

_____  
FOR JASON A. REDING QUIÑONES (signed BRUCE O. BROWN)
UNITED STATES ATTORNEY

_____  
M. CATHERINE KOONTZ
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA            CASE NO.: _____

v.

JASEN ALEXANDER LARSEN              **CERTIFICATE OF TRIAL ATTORNEY**
_____/
                                    **Superseding Case Information:**
                                    New Defendant(s) (Yes or No) _____
**Court Division** (select one)      Number of New Defendants _____
   ☐ Miami    ☐ Key West   ☐ FTP   Total number of new counts _____
   ☑ FTL     ☐ WPB

I do hereby certify that:
1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                 (Check only one)
   I   ☑  0 to  5 days              ☐ Petty
   II  ☐  6 to 10 days              ☐ Minor
   III ☐  11 to 20 days             ☐ Misdemeanor
   IV  ☐  21 to 60 days             ☐ Felony
   V   ☐  61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
M. CATHERINE KOONTZ
Assistant United States Attorney
SDFL Court ID No.  A5501929

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JASEN ALEXANDER LARSEN

**Case No:** _____

Count #: 1

Traveling in Foreign Commerce with the Purpose of Engaging in Illicit Sexual Conduct

18 U.S.C. § 2423(b)

* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $250,000

Count #: 2

Engaging in Illicit Sexual Conduct in a Foreign Place

18 U.S.C. § 2423(c)

* **Max. Term of Imprisonment:** 30 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** Life (minimum term of 5 years)
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.